IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

THE HUNTINGTON NATIONAL BANK :
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215,
                 :

        Plaintiff,             :       CASE NO.

  vs.                         :

JP MORGAN CHASE BANK, NA   :
FKA: BANK ONE, NA
1111 POLARIS PARKWAY
COLUMBUS, OHIO 43240,        :

                        :

JP MORGAN CHASE BANK, NA   :
C/O CT CORPORATION SYSTEM
1300 E. NINTH STREET
CLEVELAND, OHIO 44114,        :

                        :

        Defendants.

## COMPLAINT

Now comes Plaintiff The Huntington National Bank ("Huntington") and, for its cause of action against the named Defendant, JP Morgan Chase, fka: Bank One ("Defendant") states as follows:

### FACTS COMMON TO ALL CAUSES OF ACTION

1.     Huntington is and was at all times mentioned below a national banking association, organized and existing by virtue of the national banking laws of the United States of America with its principal place of business at 41 South High Street, Columbus, Ohio 43215.

2.     The last known address of the named Defendant is as stated in the caption of this Complaint.

3.     Defendant is licensed to do business in the State of Ohio.

## FIRST CAUSE OF ACTION

4.  Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

5.  On November 4, 2005, Huntington presented a check in the amount of $55,381.47 (the "$55,381.47 Check") to Defendant for payment. A true and accurate copy of the $55,381.47 Check is attached hereto as Exhibit A.

6.  The $55,381.47 Check was drawn on Defendant.

7.  Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $55,381.47 Check, return the $55,381.47 Check to Huntington by 12:00 Midnight on November 7, 2005 or send notice to Huntington prior to 12:00 Midnight on November 7, 2005 of Defendant's dishonor of the $55,381.47 Check.

8.  Defendant did not return the $55,381.47 Check to Huntington by 12:00 Midnight on November 7, 2005.

9.  Defendant did not send notice to Huntington prior to 12:00 Midnight on November 7, 2005 of Defendant's dishonor of the $55,381.47 Check.

10.  On November 10, 2005, Defendant returned the $55,381.47 Check to Huntington unpaid.

11.  As a result of Defendant's failure to pay the $55,381.47 Check, return the $55,381.47 Check to Huntington prior to 12:00 Midnight on November 7, 2005 or send notice to Huntington prior to 12:00 Midnight on November 7, 2005 of Defendant's dishonor of the $55,381.47 Check, the $55,381.47 Check was finally paid at Midnight on November 7, 2005.

12.  As a result of Defendant's failure to pay the $55,381.47 Check, return the $55,381.47 Check to Huntington prior to 12:00 Midnight on November 7, 2005 or send notice

to Huntington prior to 12:00 Midnight on November 7, 2005 of Defendant's dishonor of the $55,381.47 Check, Huntington has been damaged in the amount of $55,381.47.

13. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $55,381.47, the amount of the Check.

14. Huntington is entitled to the sum of $55,381.47 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## SECOND CAUSE OF ACTION

15. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

16. On November 7, 2005, Huntington presented a check in the amount of $800.00 (the "$800.00 Check") to Defendant for payment. A true and accurate copy of the $800.00 Check is attached hereto as Exhibit B.

17. The $800.00 Check was drawn on Defendant.

18. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $800.00 Check, return the $800.00 Check to Huntington by 12:00 Midnight on November 8, 2005 or send notice to Huntington prior to 12:00 Midnight on November 8, 2005 of Defendant's dishonor of the $800.00 Check.

19. Defendant did not return the $800.00 Check to Huntington by 12:00 Midnight on November 8, 2005.

20. Defendant did not send notice to Huntington prior to 12:00 Midnight on November 8, 2005 of Defendant's dishonor of the $800.00 Check.

21. On November 17, 2005, Defendant returned the $800.00 Check to Huntington

3

unpaid.

22. As a result of Defendant's failure to pay the $800.00 Check, return the $800.00 Check to Huntington prior to 12:00 Midnight on November 8, 2005 or send notice to Huntington prior to 12:00 Midnight on November 8, 2005 of Defendant's dishonor of the $800.00 Check, the $800.00 Check was finally paid at Midnight on November 8, 2005.

23. As a result of Defendant's failure to pay the $800.00 Check, return the $800.00 Check to Huntington prior to 12:00 Midnight on November 8, 2005 or send notice to Huntington prior to 12:00 Midnight on November 8, 2005 of Defendant's dishonor of the $800.00 Check, Huntington has been damaged in the amount of $800.00.

24. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $800.00, the amount of the Check.

25. Huntington is entitled to the sum of $800.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

### THIRD CAUSE OF ACTION

26. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

27. On November 17, 2005, Huntington presented a check in the amount of $24,918.00 (the "$24,918.00 Check") to Defendant for payment. A true and accurate copy of the $24,918.00 Check is attached hereto as Exhibit C.

28. The $24,918.00 Check was drawn on Defendant.

29. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $24,918.00 Check, return the $24,918.00 Check to Huntington by 12:00 Midnight on

4

November 18, 2005 or send notice to Huntington prior to 12:00 Midnight on November 18, 2005 of Defendant's dishonor of the $24,918.00 Check.

30. Defendant did not return the $24,918.00 Check to Huntington by 12:00 Midnight on November 18, 2005.

31. Defendant did not send notice to Huntington prior to 12:00 Midnight on November 18, 2005 of Defendant's dishonor of the $24,918.00 Check.

32. On November 25, 2005, Defendant returned the $24,918.00 Check to Huntington unpaid.

33. As a result of Defendant's failure to pay the $24,918.00 Check, return the $24,918.00 Check to Huntington prior to 12:00 Midnight on November 18, 2005 or send notice to Huntington prior to 12:00 Midnight on November 18, 2005 of Defendant's dishonor of the $24,918.00 Check, the $24,918.00 Check was finally paid at Midnight on November 18, 2005.

34. As a result of Defendant's failure to pay the $24,918.00 Check, return the $24,918.00 Check to Huntington prior to 12:00 Midnight on November 18, 2005 or send notice to Huntington prior to 12:00 Midnight on November 18, 2005 of Defendant's dishonor of the $24,918.00 Check, Huntington has been damaged in the amount of $24,918.00.

35. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $24,918.00, the amount of the Check.

36. Huntington is entitled to the sum of $24,918.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## FOURTH CAUSE OF ACTION

37. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

38. On June 22, 2005, Huntington presented a check in the amount of $94,386.26 (the "$94,386.26 Check") to Defendant for payment. A true and accurate copy of the $94,386.26 Check is attached hereto as Exhibit D.

39. The $94,386.26 Check was drawn on Defendant.

40. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $94,386.26 Check, return the $94,386.26 Check to Huntington by 12:00 Midnight on June 23, 2005 or notify Huntington prior to 12:00 Midnight on June 23, 2005, of Defendant's dishonor of the $94,386.26 Check.

41. Defendant did not return the $94,386.26 Check to Huntington by 12:00 Midnight on June 23, 2005.

42. Defendant did not send notice to Huntington prior to 12:00 Midnight on June 23, 2005 of Defendant's dishonor of the $94,386.26 Check.

43. On June 28, 2005, Defendant returned the $94,386.26 Check to Huntington unpaid.

44. As a result of Defendant's failure to pay the $94,386.26 Check, return the $94,386.26 Check to Huntington prior to 12:00 Midnight on June 23, 2005 or send notice to Huntington prior to 12:00 Midnight on June 23, 2005 of Defendant's dishonor of the $94,386.26 Check, the $94,386.26 Check was finally paid at Midnight on June 23, 2005.

45. As a result of Defendant's failure to pay the $94,386.26 Check, return the $94,386.26 Check to Huntington prior to 12:00 Midnight on June 23, 2005 or send notice to

Huntington prior to 12:00 Midnight on June 23, 2005 of Defendant's dishonor of the $94,386.26 Check, Huntington has been damaged in the amount of $94,386.26.

46. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $94,386.26, the amount of the Check.

47. Huntington is entitled to the sum of $94,386.26 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## FIFTH CAUSE OF ACTION

48. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

49. On January 30, 2006, Huntington presented a check in the amount of $9,000.00 (the "$9,000.00 Check") to Defendant for payment. A true and accurate copy of the $9,000.00 Check is attached hereto as Exhibit E.

50. The $9,000.00 Check was drawn on Defendant.

51. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $9,000.00 Check, return the $9,000.00 Check to Huntington by 12:00 Midnight on January 31, 2006 or send notice to Huntington prior to 12:00 Midnight on January 31, 2006 of Defendant's dishonor of the $9,000.00 Check.

52. Defendant did not return the $9,000.00 Check to Huntington by 12:00 Midnight on January 31, 2006.

53. Defendant did not send notice to Huntington prior to 12:00 Midnight on January 31, 2006 of Defendant's dishonor of the $9,000.00 Check.

54. On February 6, 2006, Defendant returned the $9,000.00 Check to Huntington

unpaid.

55. As a result of Defendant's failure to pay the $9,000 Check, return the $9,000.00 Check to Huntington prior to 12:00 Midnight on January 31, 2006 or send notice to Huntington prior to 12:00 Midnight on January 31, 2006 of Defendant's dishonor of the $9,000.00 Check, the $9,000.00 Check was finally paid at Midnight on January 31, 2006.

56. As a result of Defendant's failure to pay the $9,000 Check, return the $9,000.00 Check to Huntington prior to 12:00 Midnight on January 31, 2006 or send notice to Huntington prior to 12:00 Midnight on January 31, 2006 of Defendant's dishonor of the $9,000.00 Check, Huntington has been damaged in the amount of $9,000.00.

57. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $9,000.00, the amount of the Check.

58. Huntington is entitled to the sum of $9,000.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## SIXTH CAUSE OF ACTION

59. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

60. On March 1, 2006, Huntington presented a check in the amount of $2,500.25 (the "$2,500.25 Check") to Defendant for payment. A true and accurate copy of the $2,500.25 Check is attached hereto as Exhibit F.

61. The $2,500.25 Check was drawn on Defendant.

62. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $2,500.35 Check, return the $2,500.25 Check to Huntington by 12:00 Midnight on March 2,

8

2006 or send notice to Huntington prior to 12:00 Midnight on March 2, 2006 of Defendant's dishonor of the $2,500.25 Check.

63. Defendant did not return the $2,500.25 Check to Huntington by 12:00 Midnight on March 2, 2006.

64. Defendant did not send notice to Huntington prior to 12:00 Midnight on March 2, 2006 of Defendant's dishonor of the $2,500.25 Check.

65. On March 9, 2006, Defendant returned the $2,500.25 Check to Huntington unpaid.

66. As a result of Defendant's failure to pay the $2,500.25 Check, return the $2,500.25 Check to Huntington prior to 12:00 Midnight on March 2, 2006 or send notice to Huntington prior to 12:00 Midnight on March 2, 2006 of Defendant's dishonor of the $2,500.25 Check, the $2,500.25 Check was finally paid at Midnight on March 2, 2006.

67. As a result of Defendant's failure to pay the $2,500.25 Check, return the $2,500.25 Check to Huntington prior to 12:00 Midnight on March 2, 2006 or send notice to Huntington prior to 12:00 Midnight on March 2, 2006 of Defendant's dishonor of the $2,500.25 Check, Huntington has been damaged in the amount of $2,500.25.

68. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $2,500.25, the amount of the Check.

69. Huntington is entitled to the sum of $2,500.25 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## SEVENTH CAUSE OF ACTION

70.  Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

71.  On March 2, 2006, Huntington presented a check in the amount of $6,515.33 (the "$6,515.33 Check") to Defendant for payment. A true and accurate copy of the $6,515.33 Check is attached hereto as Exhibit G.

72.  The $6,515.33 Check was drawn on Defendant.

73.  Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $6,515.33 Check, return the $6,515.33 Check to Huntington by 12:00 Midnight on March 3, 2006 or send notice to Huntington prior to 12:00 Midnight on March 3, 2006 of Defendant's dishonor of the $6,515.33 Check.

74.  Defendant did not return the $6,515.33 Check to Huntington by 12:00 Midnight on March 3, 2006.

75.  Defendant did not send notice to Huntington prior to 12:00 Midnight on March 3, 2006 of Defendant's dishonor of the $6,515.33 Check.

76.  On March 15, 2006, Defendant returned the $6,515.33 Check to Huntington unpaid.

77.  As a result of Defendant's failure to pay the $6,515.33 Check, return the $6,515.33 Check to Huntington prior to 12:00 Midnight on March 3, 2006 or send notice to Huntington prior to 12:00 Midnight on March 3, 2006 of Defendant's dishonor of the $6,515.33 Check, the $6,515.33 Check was finally paid at Midnight on March 3, 2006.

78.  As a result of Defendant's failure to pay the $6,515.33 Check, return the $6,515.33 Check to Huntington prior to 12:00 Midnight on March 3, 2006 or send notice to Huntington

prior to 12:00 Midnight on March 3, 2006 of Defendant's dishonor of the $6,515.33 Check, Huntington has been damaged in the amount of $6,515.33.

79. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $6,515.33, the amount of the Check.

80. Huntington is entitled to the sum of $6,515.33 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## EIGHTH CAUSE OF ACTION

81. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

82. On May 30, 2006, Huntington presented a check in the amount of $33,000.00 (the "$33,000.00 Check") to Defendant for payment. A true and accurate copy of the $33,000.00 Check is attached hereto as Exhibit H.

83. The $33,000.00 Check was drawn on Defendant.

84. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $33,000 Check, return the $33,000.00 Check to Huntington by 12:00 Midnight on May 31, 2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $33,000.00 Check.

85. Defendant did not return the $33,000.00 Check to Huntington by 12:00 Midnight on May 31, 2006.

86. Defendant did not send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $33,000.00 Check.

87. On June 5, 2006, Defendant returned the $33,000.00 Check to Huntington

unpaid.

88. As a result of Defendant's failure to pay the $33,000 Check, return the $33,000.00 Check to Huntington prior to 12:00 Midnight on May 31, 2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $33,000.00 Check, the $33,000.00 Check was finally paid at Midnight on May 31, 2006.

89. As a result of Defendant's failure to pay the $33,000 Check, return the $33,000.00 Check to Huntington prior to 12:00 Midnight on May 31, 2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $33,000.00 Check, Huntington has been damaged in the amount of $33,000.00.

90. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $33,000.00, the amount of the Check.

91. Huntington is entitled to the sum of $33,000.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## NINTH CAUSE OF ACTION

92. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

93. On May 30, 2006, Huntington presented a check in the amount of $29,000.00 (the "$29,000.00 Check") to Defendant for payment. A true and accurate copy of the $29,000.00 Check is attached hereto as Exhibit I.

94. The $29,000.00 Check was drawn on Defendant.

95. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $29,000 Check, return the $29,000.00 Check to Huntington by 12:00 Midnight on May 31,

12

2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $29,000.00 Check.

96. Defendant did not return the $29,000.00 Check to Huntington by 12:00 Midnight on May 31, 2006.

97. Defendant did not send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $29,000.00 Check.

98. On June 5, 2006, Defendant returned the $29,000.00 Check to Huntington unpaid.

99. As a result of Defendant's failure to pay the $29,000 Check, return the $29,000.00 Check to Huntington prior to 12:00 Midnight on May 31, 2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $29,000.00 Check, the $29,000.00 Check was finally paid at Midnight on May 31, 2006.

100. As a result of Defendant's failure to pay the $29,000 Check, return the $29,000.00 Check to Huntington prior to 12:00 Midnight on May 31, 2006 or send notice to Huntington prior to 12:00 Midnight on May 31, 2006 of Defendant's dishonor of the $29,000.00 Check, Huntington has been damaged in the amount of $29,000.00.

101. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $29,000.00, the amount of the Check.

102. Huntington is entitled to the sum of $29,000.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

## TENTH CAUSE OF ACTION

103.    Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

104.    On August 1, 2006, Huntington presented a check in the amount of $89,998.47 (the "$89,998.47 Check") to Defendant for payment. A true and accurate copy of the $89,998.47 Check is attached hereto as Exhibit J.

105.    The $89,998.47 Check was drawn on Defendant.

106.    Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $89,998.47 Check, return the $89,998.47 Check to Huntington by 12:00 Midnight on August 2, 2006 or send notice to Huntington prior to 12:00 Midnight on August 2, 2006 of Defendant's dishonor of the $89,998.47 Check.

107.    Defendant did not return the $89,998.47 Check to Huntington by 12:00 Midnight on August 2, 2006.

108.    Defendant did not send notice to Huntington prior to 12:00 Midnight on August 2, 2006 of Defendant's dishonor of the $89,998.47 Check.

109.    On August 7, 2006, Defendant returned the $89,998.47 Check to Huntington unpaid.

110.    As a result of Defendant's failure to pay the $89,998.47 Check, return the $89,998.47 Check to Huntington prior to 12:00 Midnight on August 2, 2006 or send notice to Huntington prior to 12:00 Midnight on August 2, 2006 of Defendant's dishonor of the $89,998.47 Check, the $89,998.47 Check was finally paid at Midnight on August 2, 2006.

111.    As a result of Defendant's failure to pay the $89,998.47 Check, return the $89,998.47 Check to Huntington prior to 12:00 Midnight on August 2, 2006 or send notice to

Huntington prior to 12:00 Midnight on August 2, 2006 of Defendant's dishonor of the $89,998.47 Check, Huntington has been damaged in the amount of $89,998.47.

112. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $89,998.47, the amount of the Check.

113. Huntington is entitled to the sum of $89,998.47 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

### ELEVENTH CAUSE OF ACTION

114. Huntington incorporates the allegations contained in the preceding paragraphs as if the same were fully rewritten herein.

115. On May 5, 2006, Huntington presented a check in the amount of $15,000.00 (the "$15,000.00 Check") to Defendant for payment. A true and accurate copy of the $15,000.00 Check is attached hereto as Exhibit K.

116. The $15,000.00 Check was drawn on Defendant.

117. Pursuant to Ohio Rev. Code § 1304.28, Defendant was required to pay the $15,000.00 Check, return the $15,000.00 Check to Huntington by 12:00 Midnight on May 6, 2006 or send notice to Huntington prior to 12:00 Midnight on May 6, 2006 of Defendant's dishonor of the $15,000.00 Check.

118. Defendant did not return the $15,000.00 Check to Huntington by 12:00 Midnight on May 6, 2006.

119. Defendant did not send notice to Huntington prior to 12:00 Midnight on May 6, 2006 of Defendant's dishonor of the $15,000.00 Check.

120. On May 15, 2006, Defendant returned the $15,000.00 Check to Huntington

unpaid.

121. As a result of Defendant's failure to pay the $15,000.00 Check, return the $15,000.00 Check to Huntington prior to 12:00 Midnight on May 6, 2006 or send notice to Huntington prior to 12:00 Midnight on May 6, 2006 of Defendant's dishonor of the $15,000.00 Check, the $15,000.00 Check was finally paid at Midnight on May 6, 2006.

122. As a result of Defendant's failure to pay the $15,000.00 Check, return the $15,000.00 Check to Huntington prior to 12:00 Midnight on May 6, 2006 or send notice to Huntington prior to 12:00 Midnight on May 6, 2006 of Defendant's dishonor of the $15,000.00 Check, Huntington has been damaged in the amount of $15,000.00.

123. Pursuant to the provisions of Ohio Rev. Code § 1304.28, Defendant is strictly accountable to Huntington for $15,000.00, the amount of the Check.

124. Huntington is entitled to the sum of $15,000.00 from Defendant as a result of Defendant's breach of its obligations under Ohio Rev. Code § 1304.28.

WHEREFORE, Plaintiff The Huntington National Bank

a) On the First Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $55,381.47;

b) On the Second Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $800.00;

c) On the Third Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $24,918.00;

d) On the Fourth Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $94,386.26;

e) On the Fifth Cause of Action, Judgment against Defendant JP Morgan Chase

fka: Bank One, NA in the amount of $9,000.00;

 f) On the Sixth Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $2,500.00;

 g) On the Seventh Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $6,515.33;

 h) On the Eighth Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $33,000.00;

 i) On the Ninth Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $29,000.00;

 j) On the Tenth Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $89,998.47;

 k) On the Eleventh Cause of Action, Judgment against Defendant JP Morgan Chase fka: Bank One, NA in the amount of $15,000.00; and

 l) All other relief, both legal and equitable, to which Huntington is entitled.

Respectfully submitted,

_JODY MICHELLE OSTER (0041391)_
The Huntington National Bank
41 South High Street, HC0523
Columbus, Ohio 43215
Phone: (614) 480-4540
Fax: (614) 480-5404
Attorney for Plaintiff
The Huntington National Bank