# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| The Huntington National Bank | ) | Case No.: 2:07-cv-378 |
| | ) | Judge: Frost |
| v. | ) | **Corporate Disclosure Statement** |
| JPMorgan Chase Bank, N.A. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

JPMorgan Chase Bank, N.A.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __X__ Yes      _____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   The parent corporation of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co. JPMorgan Chase & Co. owns 100% of the voting securities of JPMorgan Chase Bank, N.A.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes   __X__ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____         May 1, 2007
(Signature of Counsel)                  (Date)

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system, which will send notification of such filing to the following:

Jody Michelle Oster (0041391)
The Huntington National Bank
41 South High Street, HC 0523
Columbus, Ohio 43215
(614) 480-4540 (phone)
(614) 480-5404 (fax)
*Counsel for Plaintiff The Huntington National Bank*

/s/   *James C. Carpenter*
_____
James C. Carpenter, Trial Attorney (0012228)
Vincent I. Holzhall (0074901)
Carpenter Law Firm, LLC
140 E. Town Street, Suite 1100
Columbus, Ohio 43215
(614) 222-2100; FAX: (614) 222-2910
jcarpenter@carpenter4law.com
vholzhall@carpenter4law.com